91-413   03-18-00001-CV

The State of Texas
Pro Se, Applicant
#482188 TDCJ NO#

IN the DISTRICT Court
331st Judicial District
TRAVIS, County Austin, TX

RECEIVED
JAN 0 2 2018
THIRD COURT OF APPEALS


FILED
Janurary 2, 2018
Third Court of Appeals
Jeffrey D. Kyle
Clerk

REQUEST FOR APPOINTMENT OF COUNSEL
PURSUANT TO ARTICLE 64 code of Criminal
Procedure:

To The Honorable Judge of said Court!
Comes Now, Mr Ardell Nelson Jr TDCJ NO# 482188,
Requesting Appointment of Counsel to Assist him
in obtaining an order For DNA Testing From this (Travis
County, Austin Texas) Court Pursuant To Article 64.01
(C) Code of Criminal Procedures, enacted as Senate
Bill 3, effective April 5, 2001. Movant wishes to submitt
an AFFIDAVIT of Indigency incorporated hereTo
TO as AFFIDAVIT (1) oF(2) oF This Motion

I.

Ardell Nelson Jr. was Convicted For the offense of aggra-
vated Sexual Assault oF A Minor. on May 4, 1988
due to ineffective Assistance oF Counsel A Jury Found
Mr Ardell Nelson Jr guilty due to the exculpultory and

mitigating evidence witheld by prosecutor the Jury Assessed his punishment at imprisonment at A term 99 yrs. plus a fine of 10,000.

According to the records in Above cause, Ardell Nelson Jr Qualifies For body Fluid, and hair biological DNA Testing of the Following item under standards set in chapter 64. TEX. code of crimin Pro. ANN Art. 64.01 (A). (B) And 64.03 (A) (i) (ii) (B) (2) (A) (B) (c) (Vernon Supp 2013).

## II.

The requested items consist of The Alleged victim (MJ) Monica Jackson, was reported with "Tears in the vagina and The RecTal (Anus), and where she tested Positive For "ChLamydia" sexual Transmitted Disease by examiner OR B Nauert", The Rape Kit contains Swab test From The Anus, vagina, mouth underwears).

## III.

the Evidence containing the biological Material was in the possession of the state before, and during and after defendant's trial in the Above cause, and was Not subjected To DNA Testing.

2

## IV

The DNA Testing was Not Conducted through No Fault of the Defendant. but such is Necessary For reason's That are of a Nature that the interest of Justice is Promoted.

## V

The evidence Containing the biological material is still in existance For making DNA Testing Possible, And has been subjected to a Chain of Custody sufficient to insure that it has not been tained with or altered in ANY material respected of the testing— Process.

## VI Actual INNOCence.

IDENTITY is a grave issue in This Case, it is a reasonable Probability that the defendant would Not had been Prosecuted or Convicted of sexual assault if exculpatory results were obtained through DNA Testing. by The evidence untested at the Time of the Trial. it served as corrobarated evidence to Perjurious testimony.

3

## VII

The requesting For DNA Testing is Not Made to unreasonably delay the execution of Sentence or administration of Justice.

Wherefore premises Considered, Mr Ardell Nelson Jr Prays That this Court appoints him an Attorney For the Purpose of DNA Testing. Additionally, Nelson's Prays For any Futher relief As entitled movant also request A specific Finding of Facts & conclusion of law if Motion is denied,

Date For:
8-24-17

Ardell Nelson Jr
Ardell Nelson Jr
TDCJ No# 482188
3001 s. Emily DR
Beeville Texas 78102

4

# AFFIDAVIT FOR DNA TESTING

Identity was a major issue in Ardell Nelson Jr's Trial See (Pg. 6) Appellant's (brief Records vol IV P. 4: VOl V. P. 2-44). In this case the identity of Appellant as the Person who had sexual Contact with the Complaining witness was the major issue and the testimony of Dr. Walberg that Appellant (Ardell Nelson Jr) Looked Like the Person who Accompaned the girl and her mother.

" the doctor's Testimony as to the Child having a sexual transmitted vaginal Parasite was damaging to Appellant. even though it was Never Shown he had the Condition."

IN A Sworn AFFIDAVit. that states the alleged victim (MJ) Monica Jackson was reported with "Tears" in the vagina and the Rectal (anus), and where she Tested Positive For "Chlamydia" by Examiner DR. B. NAVERT".

A): Applicant (Ardell Nelson. Jr.) swears that he was Never Tested For the sexual Transmitted disease, Condition. Never treated of and Find this to be cruel and unusual Punishment, in both situations — Neglectful Medical treatment, and Neglected From being Found innocent. or Prove his innocence to the

Court and Jury. Truely violated Applicant's due process and Constitutional Rights.

Applicant sworn AFFIDAVIT Contains that the evidence still exists and is in a Condition making DNA Testing possible, that the Appellant be a Convicted Person in the offense, for he is Requesting of himself.

Appellant asserts when prosecutor Requested that the "Record Reflected" the Complaining witness Testimony, that Appellant had placed his "Sexual organs in her (sexual organs and Anus)."

Trial Court stated (A): if Appellant believed the identification was in Adequate he had the duty of objecting to the identification procedures. (B) Appellant Failure To object the Court's Action was incorrect or that a Comment was made, preserved NO error's For Review. under Chpt 64 To prevail on his claims Appellant will prove by a preponderance of the evidence, that his Trial counsel representation Fell below The objective standards OF Professional Norms. See Bell v State 90 Sw3d, 307 (Tex. Cr. App 2002) citing Strickland v washington - 466, U.S. 668, 668 104 S.ct 2052, 80 L.Ed. 2d 674 1984)

Relator's trial counselor could have requested DNA testing of the Appellant during trial.

1) Applicant will show the preponderance of the evidence the counsel's performance was constitutionally deficient. that his trial counselor was not "within the range of competence demanded of Attorney's in Criminal Cases.

2) Trial Counsel Constitutionally deficient Performance prejudiced his defense — and the reasonable Probability that Counsel's unprofessional errors, the results would have been different.

"The Purpose of The Constitutional Requirement of Effective Counsel is to ensure a Fair trial".

Under Capt Article 64.02 Provides

On receipt of the Motion [For DNA Testing]. the Convicting Court shall:

1) Provide the attorney representing the State with a copy of the motion and

2) require the attorney representing the State To:

(A) deliever the evidence to the Court along with A discription of the Court along with A discription of the condition of the evidence or exsplain in writting to the Courts why the state cannot deliver the evidence To The Courts.

defendant asserts, had the results of The DNA Testing been available at the trial, there is A 51% chance That the defendant would Not have been Convicted. Art 64.04 provides AFTER examining the results of testing under Art. 64.03 the Convicting court shall hold a hearing, and make Finding as to whether, had the results been Available that the person Would Not been Convicted...

## SWORN AFFIDAVIT

I, Ardell Nelson Jr #482188 am over the age 18 YRS old with The Facts: I Declare under the penalty of PerJury That the Foregoing is true and Correct To the best of my Knowledge (Fed. Law) (28 U.S.C § 1746 STATE Law Y.T.C.A § 132.001 Tex. Civ. Pro. and Remidies Cod 132.003

## [DECLARATION]

I declare under ~~Pe~~ NAlty of PerJury that the Forgoing AFFIDAVIT is once again true & correct I am Presently incarcerated at the McConnell Unit 3001 S. Emily DR — Beeville TPX 78102]

Signed on This DATE ___8-24-17___ of 2017

# CERTIFICATE OF SERVICE

I am Ardell Nelson Jr #482188 being presently Incarcerated At McConnell unit, Beeville TX 78102. I am unable to Pay income or Business within the last Months Nor asserts, Nor does anyone depend on me.

The Forgoing statement is true under the Penalty of Perjury, Pursuant to 28 U.S.C § 1746 STATE Law V.C.T.A§ 132.001, Tex Civ Practice And Remedies Cod. 132 003).

## Prayer

Wherefore, Premises Considered Applicant Prays this Court ORDER FOR DNA Testing And Appointment of Counsel The Testing will show The above Cause in this Case, And EXONARATION OF an INNocent Man...

Respectfully Submitted

_Ardell Nelson Jr_
Ardell Nelson Jr #482188
McConnell unit
3001 S. Emily DR
Beeville TX 78102

CC on File

9

# EXIBIT "1"
## SWORN AFFIDAVIT

DECLARATION OF INABILITY TO PAY COST

NOW Comes, Ardell Nelson Jr, #482188, and declare that I am unable to Pay Court Costs, Cost For DNA Testing, Nor to obtain Paid Counsel in this Case, and request Leave of The Court to Proceed INForma Pauperis (IFP) in This DNA Matter of This Case and would Show:

The Following Declaration is made Pursuant to the Texas Rules of Civil Procedure and Title 6 Chapter 132 of The Civil Practices and Remedies Code).

Now respectfully Comes  Ardell Nelson Jr        #TDCJ-NO 482188 and declares that I am unable to Pay Cost in this Civil Action and request Appointment of Counsel, Following:

1) I am Presently incarcerated in the  McConnell unit   unit of The Texas Department of Criminal Justice Institutional Division Prison Facility Where I am Not Permitted to earn or handle money.

2) I have No Source of income or spousal income.

3) I Currently have $ 0.00     Credited to Me in the Inmate trust fund.

4) During My Incarceration in The Texas Department of Criminal Justice I have received Approximately  15.00 dollars per month as gifts from relatives and friends.

5) I Neither own Nor ~~have received an~~ interest in any reatl, stocks

10

bonds, or bank accounts Nor have I receive No interest or dividend income From any Source.

(6) I have ___0.00___ dependents.

(7) I have TOTAL debts of approximately $ ___0.00___,

(8) I OWE $ ___0.00___ as restitution.

(9) MY Monthly expenses are Approximately $ ___0.00___.

I ___Ardell Nelson Jr___ TDCJ NO# ___482188___ being presently incarcerated in ___McConnell Unit___ of The Texas Department of Criminal Justice in ___Bee___ County, Texas.

Verify and declare under penalty of perjury that the foregoing statements are true and Correct.

Executed on This the ___8-24-17___ day of 2017

_Ardell Nelson Jr_
Ardell Nelson Jr
McConnell unit
3001 S. Emily DR
Beeville Tx 78102

8-24-17
CC. en File

DATE 8-24-17

331st Judicial DISTRICT
TRAVIS, county Austin, TX

RE: _____

Cause No# 91-413

DEAR Clerk:
Enclose Please Find Movant's Motion For Appointment of Counsel,
ORDER and DECLARATION of INability To Pay Cost iN the
Above styled and Numbered Cause:

Please File This, and bring it to the attention of the Court.

Your assistance in this Matter is greatly
Appreciated.

Sincerely

Ardell Nelson Jr
Movant Pro, Se
TDCJ NO# 432188
McConnell          unit
3001 S. Emily DR
Beeville, TX 78102

C.e on file

12